DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHLEEN SIMON,**
Appellant,

v.

**JULIAN SIMON,**
Appellee.

No. 4D20-2399

[October 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2018-DR-000665-XXXX-NB.

Tyler W. Harding of the Law Office of Tyler Harding, P.A., Boynton Beach, for appellant.

James D. Tittle of Tittle, Kairalla & Logan, P.L., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***